IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| EX REL. MICHAEL N. SWETNAM, JR., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. B-08-446 |
| | § | |
| VALLEY BAPTIST HEALTH | § | |
| SYSTEM AND VALLEY | § | |
| BAPTIST MEDICAL CENTER | § | |
| Defendants. | § | |

## ORDER

Pending before this Court is Defendants' Motion for Summary Judgment Regarding the False Claims Act (Doc. No. 38). As part of that Motion Defendants assert that, regardless of the merits of Relator's claims, he is barred from recovery for any claims prior to October 9, 2002, in accordance with the applicable statute of limitations found at 31 U.S.C. § 3731(b).

The Court held a hearing on May 3, 2012 for all pending motions in this case. At the hearing, Relator conceded that Defendants' reading of the statute of limitations was likely correct. The Court, after analyzing the language of the statute and the relevant case law, agrees that the Defendants are correct in their interpretation. Therefore, the Court **ORDERS** that all of Relator's claims prior to October 9, 2002 be barred from recovery.

Signed this 14th day of May, 2012.

Andrew S. Hanen
United States District Judge