IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 0 6 2012

David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL. MICHAEL N. SWETNAM, JR., § § § § | |
| Plaintiff, § | |
| v. § | Civil Action No. B-08-446 |
| VALLEY BAPTIST HEALTH SYSTEM AND VALLEY BAPTIST MEDICAL CENTER § § § § | |
| Defendants. § § | |

## ORDER

Today the Court issued its opinion resolving all pending motions for summary judgment. The Court previously abated all discovery deadlines. The Court hereby **ORDERS** the parties to confer and propose by joint letter to the Court a docket control order with all appropriate deadlines based upon the assumption of a July 2013 trial date. The Court will review those proposed deadlines and will institute a new scheduling order utilizing those dates agreed to by the parties where possible. The parties are to file this letter by August 17, 2012.

Signed this 6th day of August, 2012.

Andrew S. Hanen
United States District Judge