IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, EX REL. MICHAEL N. SWETNAM JR., | § § § | |
| VS. | § § | CIVIL ACTION NO. B-08-446 |
| VALLEY BAPTIST HEALTH SYSTEM and VALLEY BAPTIST MEDICAL CENTER | § § | |

## Agreed Scheduling Order

1. Trial: Estimated time to try:  5  days.  ☐ Bench   ■ Jury

2. New parties must be joined by:   N/A

    *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   January 25, 2013

4. The defendants' experts must be named with a report furnished by:   March 8, 2013

5. Discovery must be completed by:   May 13, 2013

    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:   March 15, 2013
   Responses due by:   April 5, 2013

   Non-Dispositive Motions will be filed by:   June 3, 2013

   ************************   The court will provide these dates.   *************************

7. Joint pretrial order is due:   June 3, 2013

    *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call is set for 1:30 p.m. on:   June 25, 2013

9. Jury Selection is set for 9:00 a.m. on:*   June 27, 2013

The case will remain on standby until tried.

*Counsel to do *voir dire*.

  Signed this 20th day of August, 2012.

                 _____
                 Andrew S. Hanen
                 United States District Judge