UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, EX REL. MICHAEL N. SWETNAM, JR., <br><br>Plaintiff, <br><br>VS. <br><br>VALLEY BAPTIST HEALTH SYSTEM AND VALLEY BAPTIST MEDICAL CENTER, <br><br>Defendants. | § § § § § § § § § § § § § § | CASE NO. 1:08-CV-446 |

## JOINT AGREED MOTION TO MODIFY SCHEDULING ORDER

Plaintiff, United States of America *ex. rel.* Michael N. Swetnam, Jr., and Defendants, Valley Baptist Health System and Valley Baptist Medical Center, file this *Joint Agreed Motion to Modify Scheduling Order*, and would show the Court the following:

On April 9, 2013, the Court entered an Agreed Scheduling Order [Doc #81]. The parties have been cooperating in discovery efforts, but the production of certain requested information and data has been difficult to achieve given the age of the requested records, computer systems being replaced, etc.; therefore, the parties hereby move to modify the Scheduling Order by extending the deadlines, pre-trial conference and jury trial approximately one hundred forty (140) days. See Exhibits "A" and "B", agreed discovery extensions.

Although some discovery has been conducted, additional time for discovery is needed due to the difficulty experienced in retrieving older data. For those reasons, the parties jointly propose a modification of the Agreed Scheduling Order that is attached hereto as Exhibit "C".

This modification is not sought for purposes of delay, but rather so that discovery can be completed and justice be served. The parties respectfully request that this Court modify the current Scheduling Order and grant the parties all other proper relief.

                Respectfully submitted,

                WATTS GUERRA LLP
                300 Convent Street, Suite 100
                San Antonio, Texas 78205
                210.527.0500 - Telephone
                210.527.0501 - Fax

By:    /s/ - Edward W. Allred
       Edward W. Allred
       State Bar No. 50511764
       Mikal C. Watts
       State Bar No. 20981820
       Francisco Guerra, IV
       State Bar No. 00797784

*And*

CHAVES, RESENDEZ & RIVERO, L.L.P.
Frost Bank Plaza
802 N. Carancahua, Suite 2100
Corpus Christi, Texas 78470
361.884.5400 - Telephone
361. 884.5401 - Fax

       Joel C. Resendez
       State Bar No.: 16789200
       Southern Bar District ID No. 8188

ATTORNEYS FOR PLAINTIFF UNITED STATES OF AMERICA, EX REL. MICHAEL N. SWETNAM, JR.

*And*

2

BOYAR & MILLER, P.C.
4265 San Felipe, Suite 1200
Houston, Texas 77027
713.850.7765 – Telephone
713.552.1758 – Fax

By:   /s/ - Christopher Paul Hanslik
       Christopher Paul Hanslik
       State Bar No. 00793895
       Edgar Saldivar
       State Bar No. 24038188

ATTORNEYS FOR DEFENDANTS VALLEY
BAPTIST HEALTH SYSTEM AND VALLEY
BAPTIST MEDICAL CENTER

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was forwarded to the following attorneys of record in accordance with the Federal Rules of Civil Procedure on this 10th day of September 2013:

Christopher Paul Hanslik                                *Via Electronic Filing*
Edgar Saldivar
BOYAR & MILLER PC
4265 San Felipe, Suite 1200
Houston, Texas 77027
*Attorneys for Defendants*

Andrew A. Bobb                                            *Via Electronic Filing*
Assistant United States Attorney
Southern District of Texas
P O Box 61129
Houston, Texas 77208
*Attorneys for The United States of America*

Jon Katz                                                           *Via Electronic Filing*
Joyce Branda
Department of Justice – Civil Division
Ben Franklin Station
P O Box 261
Washington, DC 20044
*Attorneys for The United States of America*

                                                               /s/ - Edward W. Allred