# EXHIBIT A



**BOYAR  MILLER**
ATTORNEYS AT LAW

PRACTICE WITH PURPOSE

July 23, 2013

Edward W. Allred
c/o Colleen Peebles
Watts Guerra Craft LLP
300 Convent Street, Suite 100
San Antonio, TX 78205

**Via Electronic Mail and Facsimile**

Re: Cause No. B-08-446; *United States of America, ex rel. vs. Valley Baptist Health System and Valley Baptist Medical Center* in the U.S. District Court for the Southern District of Texas Brownsville Division

Dear Mr. Allred,

This is to follow up on my telephone conference with Ms. Peebles today requesting an extension on our clients' objections and responses to (1) Relator Michael N. Swetnam, Jr.'s Second Request for Production to Defendants Valley Baptist Health System and Valley Baptist Medical Center and (2) Relator Michael N. Swetnam, Jr.'s Second Set of Interrogatories to Defendants Valley Baptist Health System and Valley Baptist Medical Center (collectively, the "Discovery Requests").

Defendants' objections and responses to the Discovery Requests are currently due on July 30, 2013. Defendants hereby request an extension of the deadline for Defendants' objections and responses to the Discovery Requests from July 30, 2013 to August 30, 2013. In light of the current expert designation deadline for Relator of August 30, 2013, Defendants agree to also extend Relator's expert designation deadline from August 30, 2013 to September 30, 2013. Correspondingly, we request that Defendants' expert designation deadline be extended from October 11, 2013 to November 11, 2013. This letter is intended to confirm our mutual agreement to these extensions.

Please confirm your agreement to the extensions of Defendants' objections and responses to the Discovery Requests, Relator's expert designation deadline, and Defendants' expert designation deadline by signing below and returning a copy of this letter to counsel for Defendants. If you have any questions, please do not hesitate to contact me at any time.

Sincerely,

Edgar Saldivar

Agreed:

Edward W. Allred

www.boyarmiller.com
4265 San Felipe, Suite 1200 Houston, TX 77027
TEL 713-850-7766 FAX 713-552-1758

ESALDIVAR\002817\00091\1006257.1