# EXHIBIT B



**PRACTICE WITH PURPOSE**

August 30, 2013

Edward W. Allred  
c/o Colleen Peebles  
Watts Guerra Craft LLP  
300 Convent Street, Suite 100  
San Antonio, TX 78205

<u>Via Electronic Mail and Facsimile</u>

Re: **Stipulation on Extension of Time to Serve Objections and Responses to Relator's Second Requests for Production and Second Set of Interrogatories**; Cause No. B-08-446; *United States of America, ex rel. vs. Valley Baptist Health System, et al.*

Dear Mr. Allred,

This is to follow up on my telephone conference with Ms. Peebles today requesting an extension on our clients' objections and responses to (1) Relator Michael N. Swetnam, Jr.'s Second Request for Production to Defendants Valley Baptist Health System and Valley Baptist Medical Center and (2) Relator Michael N. Swetnam, Jr.'s Second Set of Interrogatories to Defendants Valley Baptist Health System and Valley Baptist Medical Center (collectively, the "Discovery Requests").

Defendants' objections and responses to the Discovery Requests are currently due on August 30, 2013. Defendants hereby request an extension of the deadline for Defendants' objections and responses to the Discovery Requests from August 30, 2013 to September 13, 2013. Defendants will serve Relator with their objections and responses to Discovery Requests, including production of documents, at Mr. Allred's office on September 13, 2013.

In light of the current expert designation deadline for Relator of September 30, 2013, Defendants agree to also extend Relator's expert designation deadline from September 30, 2013 to **December 9, 2013**. Correspondingly, we request that Defendants' expert designation deadline be extended from November 11, 2013 to **January 28, 2014**. This letter is intended to confirm our mutual agreement to these extensions. The parties will also work on preparing a joint motion to modify the current scheduling order to extend the other pre-trial deadlines and the current trial setting.

Please confirm your agreement to the extensions of Defendants' objections and responses to the Discovery Requests, Relator's expert designation deadline, and Defendants' expert designation deadline by signing below and returning a copy of this letter to counsel for Defendants. If you have any questions, please do not hesitate to contact me at any time.

Sincerely,

Edgar Saldivar

Agreed:

Edward W. Allred by: [signature]

Edward W. Allred

www.boyarmiller.com  
4265 San Felipe, Suite 1200  Houston, TX 77027  
TEL 713-850-7766  FAX 713-852-1758

ESALDIVAR\002817\00091\1024041.3