UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, EX REL. MICHAEL N. SWETNAM, JR., | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CASE NO. 1:08-CV-446 |
| VALLEY BAPTIST HEALTH SYSTEM AND VALLEY BAPTIST MEDICAL CENTER, | § § § § § | |
| Defendants. | § § | |

**PLAINTIFF'S NOTICE OF SECOND SUPPLEMENTAL DISCLOSURES
[WITH EXPERT DESIGNATIONS]**

Pursuant to the Federal Rules of Civil Procedure, the United States of America, ex rel. Michael N. Swetnam, Jr. ("Plaintiff"), hereby gives notice to the Court that they have forwarded their *Second Supplemental Disclosures [With Expert Designations]* to all parties herein, by and through their attorneys of record, on this 10th day of February 2014.

    Respectfully submitted,

    WATTS GUERRA LLP
    300 Convent Street, Suite 100
    San Antonio, Texas 78205
    210.527.0500 - Telephone
    210.527.0501 - Fax

    By:   /s/ - Edward W. Allred
            Edward W. Allred
            State Bar No. 50511764
            Mikal C. Watts
            State Bar No. 20981820
            Francisco Guerra, IV.
            State Bar No. 00797784

*And*

CHAVES, OBREGON & PERALES, L.L.P.
Frost Bank Plaza
802 N. Carancahua, Suite 2100
Corpus Christi, Texas 78470
361.884.5400 - Telephone
361. 884.5401 - Fax

    Rene L. Obregon
    State Bar No.: 24005445

ATTORNEYS FOR PLAINTIFF UNITED STATES OF AMERICA, EX REL. MICHAEL N. SWETNAM, JR.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on the following attorneys of record in accordance with the Federal Rules of Civil Procedure on this 10th day of February 2014:

| | |
|---|---|
| Christopher Paul Hanslik<br>Edgar Saldivar<br>BOYAR & MILLER PC<br>4265 San Felipe, Suite 1200<br>Houston, Texas 77027<br>*Attorneys for Defendants* | *Via Electronic Filing* |
| Jennifer Lynn Hebert<br>J. HEBERT LAW P.C.<br>5113 Inker<br>Houston, Texas 77007<br>*Attorneys for Defendants* | *Via Electronic Filing* |
| Andrew A. Bobb<br>Assistant United States Attorney<br>Southern District of Texas<br>P O Box 61129<br>Houston, Texas 77208<br>*Attorneys for The United States of America* | *Via Electronic Filing* |
| Jon Katz<br>Joyce Branda<br>Department of Justice – Civil Division<br>Ben Franklin Station<br>P O Box 261<br>Washington, DC 20044<br>*Attorneys for The United States of America* | *Via Electronic Filing* |

    /s/ - Edward W. Allred
Edward W. Allred