UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, EX REL. MICHAEL N. SWETNAM, JR., | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CASE NO. 1:08-CV-446 |
| VALLEY BAPTIST HEALTH SYSTEM AND VALLEY BAPTIST MEDICAL CENTER, | § § § § § | |
| Defendants. | § | |

# PLAINTIFF'S NOTICE OF THIRD SUPPLEMENTAL DISCLOSURES

Pursuant to the Federal Rules of Civil Procedure, the United States of America, ex rel. Michael N. Swetnam, Jr. ("Plaintiff"), hereby gives notice to the Court that they have forwarded their *Third Supplemental Disclosures* to all parties herein, by and through their attorneys of record, on this 16th day of July 2014.

                                              Respectfully submitted,

                                              WATTS GUERRA LLP
                                              300 Convent Street, Suite 100
                                              San Antonio, Texas 78205
                                              210.527.0500 - Telephone
                                              210.527.0501 - Fax

                                        By:      /s/ - Edward W. Allred
                                                    Edward W. Allred
                                                    State Bar No. 50511764
                                                    Mikal C. Watts
                                                    State Bar No. 20981820
                                                    Francisco Guerra, IV.
                                                    State Bar No. 00797784

                                        And

CHAVES, OBREGON & PERALES, L.L.P.
Frost Bank Plaza
802 N. Carancahua, Suite 2100
Corpus Christi, Texas 78470
361.884.5400 - Telephone
361. 884.5401 - Fax

    Rene L. Obregon
    State Bar No.: 24005445

ATTORNEYS FOR PLAINTIFF UNITED STATES OF AMERICA, EX REL. MICHAEL N. SWETNAM, JR.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on the following attorneys of record in accordance with the Federal Rules of Civil Procedure on this 16th day of July 2014:

Christopher Paul Hanslik  *Via Electronic Filing*
Edgar Saldivar
BOYAR & MILLER PC
4265 San Felipe, Suite 1200
Houston, Texas 77027
*Attorneys for Defendants*

Jennifer Lynn Hebert  *Via Electronic Filing*
J. HEBERT LAW P.C.
5113 Inker
Houston, Texas 77007
*Attorneys for Defendants*

Andrew A. Bobb  *Via Electronic Filing*
Assistant United States Attorney
Southern District of Texas
P O Box 61129
Houston, Texas 77208
*Attorneys for The United States of America*

Jon Katz  *Via Electronic Filing*
Joyce Branda
Department of Justice – Civil Division
Ben Franklin Station
P O Box 261
Washington, DC 20044
*Attorneys for The United States of America*

    /s/ - Edward W. Allred
Edward W. Allred