UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, EX REL. MICHAEL N. SWETNAM, JR., | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CASE NO. 1:08-CV-446 |
| VALLEY BAPTIST HEALTH SYSTEM AND VALLEY BAPTIST MEDICAL CENTER, | § § § § § | |
| Defendants. | § § | |

### NOTICE OF SUBPOENA REQUESTING PRODUCTION FROM A NON-PARTY

TO:   Defendants VALLEY BAPTIST HEALTH SYSTEM and VALLEY BAPTIST MEDICAL CENTER, by and through their attorneys of record, Christopher Paul Hanslik and Michel Perez, BOYAR & MILLER PC, 4265 San Felipe, Suite 1200, Houston, Texas 77027.

Please take notice that this Notice of Subpoena Requesting Production From a Nonparty is hereby made, pursuant to Rule 45 of the Federal Rules of Civil Procedure. Plaintiff, MICHAEL N. SWETNAM, JR., requests SMITH-REAGAN INSURANCE AGENCY to produce or to permit the undersigned attorney for Plaintiff, EDWARD W. ALLRED, to inspect and to copy or to reproduce the documents hereinafter designated on Exhibit "A" to the subpoena attached hereto, at BRYANT STINGLEY, INC., located at 2010 East Harrison Avenue, Harlingen, Texas 78550 [956.428.0755], on August 25, 2014, at 1:00 p.m., or at such other time and place as may be agreed upon.

No later than August 25, 2014, SMITH-REAGAN INSURANCE AGENCY shall serve a written response including the documents requested or stating with respect to each request that an inspection and copying or reproduction will be permitted as requested, unless the request is objected to, in which event, please state specifically the

legal or factual basis for the objection and the extent to which you refuse to comply with the request.

        Respectfully submitted,

        WATTS GUERRA LLP
        300 Convent Street, Suite 100
        San Antonio, Texas 78205
        Telephone:  210.527.0500
        Fax:  210.527.0501

        By:   /s/ - Edward W. Allred
               Edward W. Allred
               State Bar No. 50511764
               Attorney-in-Charge
               Email:  eallred@wgclawfirm.com
               Francisco Guerra, IV.
               State Bar No. 00796684
               Email:  fguerra@wgclawfirm.com
               Mikal C. Watts
               State Bar No. 20981820
               Email:  mcwatts@wgclawfirm.com

*And*

CHAVES, OBREGON & PERALES, L.L.P.
Frost Bank Plaza
802 N. Carancahua, Suite 2100
Corpus Christi, Texas 78470
361.884.5400 - Telephone
361. 884.5401 - Fax

        Rene L. Obregon
        State Bar No.:  24005445

ATTORNEYS FOR PLAINTIFF UNITED STATES OF AMERICA, EX REL. MICHAEL N. SWETNAM, JR.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was served on the following attorneys of record in accordance with the Federal Rules of Civil Procedure on this 25th day of July, 2014:

| | |
|---|---|
| Christopher Paul Hanslik<br>Edgar Saldivar<br>BOYAR & MILLER PC<br>4265 San Felipe, Suite 1200<br>Houston, Texas 77027<br>*Attorneys for Defendants* | *Via Electronic Filing* |
| Andrew A. Bobb<br>Assistant United States Attorney<br>Southern District of Texas<br>P O Box 61129<br>Houston, Texas 77208<br>*Attorneys for The United States of America* | *Via Electronic Filing* |
| Jon Katz<br>Joyce Branda<br>Department of Justice – Civil Division<br>Ben Franklin Station<br>P O Box 261<br>Washington, DC 20044<br>*Attorneys for The United States of America* | *Via Electronic Filing* |

/s/ - Edward W. Allred
Edward W. Allred