# EXHIBIT "A"

# WATTS | GUERRA

EDWARD W. ALLRED
Attorney at Law
eallred@wattsguerra.com

Bank of America Plaza, Suite 100
300 Convent Street
San Antonio, Texas 78205
210.527.0500 PHONE
210.527.0501 FAX
www.wattsguerra.com

June 23, 2014

Mr. Christopher Paul Hanslik　　　　　　　　　　　　　　*Via Fax: 713.552.1758*
Mr. Edgar Saldivar
Matthew S. Veech
BOYAR & MILLER PC
4265 San Felipe, Suite 1200
Houston, Texas 77027
*Attorneys for Defendants*

　　　　Re:　　Cause No. 1:08-CV-446; *United States of America, ex rel. Michael N. Swetnam, Jr. v. Valley Baptist Health System and Valley Baptist Medical Center*; In the United States District Court for the Southern District of Texas, Brownsville Division.
　　　　　　　　WG File #395001

Dear Counsel:

　　　　Attached please find a spreadsheet that identifies several documents produced by Defendants in the above-referenced matter, which were incomplete. Please produce complete copies of all of these documents, including any and all exhibits attached thereto.

　　　　Should you have any questions or comments, please do not hesitate to call. Thank you for your attention to this matter.

　　　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　　　Edward W. Allred

EWA:ccp
Attachment

| | | INCOMPLETE DOCUMENTS PRODUCED BY DEFENDANTS |
|---|---|---|
| VB-QT 000704 | VB-QT 000704 | Page 4 Only of 4/28/1988 VBMC Finance Committee Minutes re: New Insurance Requirements-Produced by Defendants on June 10, 2011 |
| VB-QT 000708 | VB-QT 000709 | Page 3 & 4 Only of 3/31/1988 VBMC Board of Trustees, Advisory Board, Liaison Committee re: Insurance |
| VB-QT 001026 | VB-QT 001028 | 9/26/1996 VBMC Board of Trustees, Advisory Board and Liaison Committee Meeting Minutes (Missing Pages) - Produced by Defendants on June 10, 2011 |
| VB-QT 001029 | VB-QT 001031 | 7/30/1998 VBMC Board of Trustees and Advisory Board Meeting Minutes (Missing Pages) - Produced by Defendants on June 10, 2011 |
| VB-QT 001032 | VB-QT 001033 | 9/30/1998 VBMC Board of Trustees and Advisory Board Meeting Minutes (Missing Pages) - Produced by Defendants on June 10, 2011 |
| VB-QT 001034 | VB-QT 001036 | 7/26/2001 VBMC Board of Trustees and Advisory Board Meeting Minutes (Missing Pages) - Produced by Defendants on June 10, 2011 |
| VB-QT 001037 | VB-QT 001040 | 3/28/2002 VBMC Board of Trustees Meeting Minutes (Missing Pages) - Produced by Defendants on June 10, 2011 |
| VB-QT 001075 | VB-QT 001075 | Page 2 Only of 7/10/2001 VBMC Insurance & Claims Management Meeting Minutes re: Minimum Insurance Requirements - Produced by Defendants on June 10, 2011 |
| VB-QT 001076 | VB-QT 001077 | Pages 9&10 Only of 7/26/2001 VBMC Meeting Minutes re: Minimum Insurance Requirements - Produced by Defendants on June 10, 2011 |
| VB-QT 001078 | VB-QT 001078 | Page 2 Only of 7/19/2002 Liason Committee Meeting Minutes re: Minimum Insurance Requirements - Produced by Defendants on June 10, 2011 |
| VB-QT 001079 | VB-QT 001079 | Page 6 Only of 7/28/2002 VBHS Meeting Minutes re: Minimum Insurance Requirements - Produced by Defendants on June 10, 2011 |
| VB-QT 001080 | VB-QT 001080 | Page 4 Only of 1/21/2003 VBHS Finance Meeting Minutes re: Minimum Insurance Requirements - Produced by Defendants on June 10, 2011 |
| VB-QT 001081 | VB-QT 001081 | Page 2 Only of 8/17/2004 VBHS Finance Meeting Minutes re: Minimum Insurance Requirements - Produced by Defendants on June 10, 2011 |
| VB-QT 001082 | VB-QT 001082 | Page 4 Only of 8/26/2004 VBHS Meeting Minutes re: Minimum Insurance Requirements - Produced by Defendants on June 10, 2011 |
| VB-QT 001278 | VB-QT 001286 | VHA/Medical Protective Professional Liability Program - Physician Insurance Program (Missing Pages) - Produced by Defendants on June 10, 2011 |

| | | |
|---|---|---|
| VB-QT 001312 | VB-QT 001314 | Pages 2-4 Only of 6/25/1999 VBMC Insurance & Claims Management Meeting Minutes MISSING PAGES - Produced by Defendants on June 10, 2011 |
| VB-QT 001461 | VB-QT 001462 | Pages 5 & 6 Only of Provider Summary Report (Provider 452352) - Produced by Defendants on June 10, 2011 |
| VB-QT 002069 | VB-QT 002127 | Asset Purchase Agreement - (Missing Pages - Jumps from 18 to 24) - Produced by Defendants on June 10, 2011 |
| VB-QT 002140 | VB-QT 002140 | Page 3 Only of 4/28/1988 VBMC Board of Trustees, Liaison Committee Meeting Minutes re: Minimum Insurance Requirements - Supplemental Disclosure Produced by Defendants on June 29, 2011 |
| VB-QT 002152 | VB-QT 002152 | Page 4 Only of 4/28/1988 VBMC Finance Committee Meeting Minutes re: Minimum Insurance Requirements - Supplemental Disclosure Produced by Defendants on June 29, 2011 |
| VB-QT 002162 | VB-QT 002163 | Pages 3 & 4 Only of 3/31/1988 VBMC Board of Trustees Meeting Minutes re: Minimum Insurance Requirements - Supplemental Disclosure Produced by Defendants on June 29, 2011 |
| VB-QT 002175 | VB-QT 002176 | Pages 2 & 3 Only of 5/9/1988 Letter to Ben McKibbens from James R. Posner - Supplemental Disclosure Produced by Defendants on June 29, 2011 |
| VB-QT 002177 | VB-QT 002186 | 6/9/1993 Letter to Southern Baptist Annuity Board from Marsh & McLennan re: Minimum Insurance Requirements (Missing Pages) - Supplemental Disclosure Produced by Defendants on June 29, 2011 |
| VB-QT 002226 | VB-QT 002229 | Pages 1, 2, 10 & 11 Only of 7/29/1999 VBMC Internal Audit Report Second Quarter, 1999 Cost Reporting - Supplemental Disclosure Produced by Defendants on June 29, 2011 |
| VB-QT 002230 | VB-QT 002232 | Pages 1, 6 & 7 Only of 9/26/1996 VBMC Board of Trustees Meeting Minutes re: Minimum Insurance Requirements - Supplemental Disclosure Produced by Defendants on June 29, 2011 |
| VB-QT 002233 | VB-QT 002235 | Pages 1, 8 & 9 Only to 7/30/1998 VBMC Board of Trustees Meeting Minutes re: Minimum Insurance Requirements - Supplemental Disclosure Produced by Defendants on June 29, 2011 |
| VB-QT 002236 | VB-QT 002237 | Pages 1 & 10 Only to 9/30/1999 Confidential VBMC Board of Trustees Meeting Minutes re: Minimum Insurance Requirements - Supplemental Disclosure Produced by Defendants on June 29, 2011 |

| VB-QT 002238 | VB-QT 002240 | Pages 1, 2, & 10 Only of 7/26/2001 Confidential VBMC Board of Trustees Meeting Minutes re: Minimum Insurance Requirements - Supplemental Disclosure Produced by Defendants on June 29, 2011 |
| --- | --- | --- |
| VB-QT 002241 | VB-QT 002244 | Pages 1, 5, 6 & 7 Only of 3/28/2002 Confidential VBMC Board of Trustees Meeting Minutes re: Minimum Insurance Requirements - Supplemental Disclosure Produced by Defendants on June 29, 2011 |

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|---|------|
| 001 | JUN/23 | 03:21PM | 17135521758 | 0:00:48 | 5 | MEMORY | OK ✓ | SG3 0527 |

# WATTS | GUERRA

Bank of America Plaza, Suite 100
300 Convent Street
San Antonio, Texas 78205
210.527.0500 PHONE
210.527.0501 FAX
www.wattsguerra.com

## TELECOPY TRANSMITTAL COVER SHEET
## CONFIDENTIALITY NOTICE

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named below. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the document.

DATE:    JUNE 23 2014

TO:      CHRISTOPHER HANSLIK
         EDGAR SALDIVAR
         MATTHEW S VEECH            FAX NUMBER: 713.552.1758

FROM:    EDWARD W. ALLRED

RE:      SWETNAM
         WG FILE NO 395001

NUMBER OF PAGES (INCLUDING COVER PAGE): 5

COMMENTS:

If there are any problems, please call 210.527.0500 and ask for Colleen Peebles or by email at cpeebles@wattsguerra.com.