# EXHIBIT "B"

# WATTS | GUERRA

EDWARD W. ALLRED
Attorney at Law
eallred@wattsguerra.com

Bank of America Plaza, Suite 100
300 Convent Street
San Antonio, Texas 78205
210.527.0500 PHONE
210.527.0501 FAX
www.wattsguerra.com

August 6, 2014

Mr. Christopher Paul Hanslik
Mr. Edgar Saldivar
Matthew S. Veech
BOYAR & MILLER PC
4265 San Felipe, Suite 1200
Houston, Texas 77027
*Attorneys for Defendants*

*Via Fax: 713.552.1758*

Re:   Cause No. 1:08-CV-446; *United States of America, ex rel. Michael N. Swetnam, Jr. v. Valley Baptist Health System and Valley Baptist Medical Center;* In the United States District Court for the Southern District of Texas, Brownsville Division.
WG File #395001

Dear Counsel:

On June 23, 2014, I forwarded a spreadsheet that identified several documents produced by Defendants in the above-referenced matter, which were incomplete. To date, we have not received a response.

Again, I hereby request that the complete documents be produced, together with any and all exhibits attached thereto.

If you are unwilling to do so, I will provide my letters to the Court as our certificate of conference when I file the motion to compel production of these documents next week pursuant to the Scheduling Order in this case.

Should you have any questions or comments, please do not hesitate to call. Thank you for your attention to this matter.

Very truly yours,

Edward W. Allred

EWA:ccp

# TRANSACTION REPORT

AUG/06/2014/WED 05:13 PM

BROADCAST

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE | |
|---|---|---|---|---|---|---|---|---|---|
| 001 | AUG/06 | 05:12PM | 17135521758 | 0:00:20 | 2 | MEMORY | OK ✓ | SG3 | 1942 |
| 002 | | 05:13PM | 13618845401 | 0:00:21 | 2 | MEMORY | OK ✓ | SG3 | 1942 |
| TOTAL | | | | 0:00:41 | 4 | | | | |

# WATTS | GUERRA

Bank of America Plaza, Suite 100
300 Convent Street
San Antonio, Texas 78205
210.527.0500 PHONE
210.527.0501 FAX
www.wattsguerra.com

## TELECOPY TRANSMITTAL COVER SHEET
## CONFIDENTIALITY NOTICE

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named below. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the document.

**DATE:** AUGUST 6 2014

**TO:** CHRISTOPHER HANSLIK
EDGAR SALDIVAR
MATTHEW S VEECH            **FAX NUMBER:** 713.552.1758

RENE L OBREGON              **FAX NUMBER:** 361.884.5401

**FROM:** EDWARD W. ALLRED

**RE:** SWETNAM
WG FILE NO 395001

**NUMBER OF PAGES (INCLUDING COVER PAGE): 2**

**COMMENTS:**

If there are any problems, please call 210.527.0500 and ask for Colleen Peebles or by email at cpeebles@wattsguerra.com.