# EXHIBIT "C"

**From:** Allred Ed <eallred@wattsguerra.com>
**Subject: Re: Request for missing pages [IWOV-Interwoven.FID230834]**
**Date:** August 13, 2014 4:25:29 PM CDT
**To:** "Matthew S. Veech" <mveech@boyarmiller.com>
**Cc:** Chris Hanslik <chanslik@boyarmiller.com>, Edgar Saldivar <esaldivar@boyarmiller.com>, Colleen Peebles <cpeebles@wattsguerra.com>

How's this coming?

On Aug 7, 2014, at 9:36 AM, Matthew S. Veech wrote:

> Ed,
>
> I am trying to track this down, but I will need some time.
>
> Matt
>
> **Matthew S. Veech**
> *Shareholder*
>
> **DIRECT** 832-615-4232  **CELL** 281-755-2451
> v-Card | bio | map
>
> **BoyarMiller**
> 4265 San Felipe, Suite 1200  Houston, TX 77027
> **TEL** 713-850-7766  **FAX** 713-552-1758
>
> www.boyarmiller.com
>
> <image001.gif>
>
> *Please consider the environment before choosing to print this e-mail.*
>
> Unless otherwise expressly stated in this email, no offer is made by our clients, in any respect, by the transmittal of the draft documents accompanying this email.
>
> CONFIDENTIALITY NOTICE
>
> This email transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at 713-850-7766 to arrange for return of the document.