Southern District of Texas, Texas

# Case #: 1:08-CV-446

**UNITED STATES OF AMERICA, EX REL. MICHAEL N. SWETNAM, JR.**

*Plaintiff*
**vs**
**VALLEY BAPTIST HEALTH SYSTEM AND VALLEY BAPTIST MEDICAL CENTER**

*Defendant*

## RETURN OF SERVICE

I, Humberto Davalos, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit. That I received the documents stated below on 08/08/14 5:18 pm, instructing for same to be delivered upon Smith-Reagan Insurance Agency By Delivering To.

| | |
|---|---|
| That I delivered to | : Smith-Reagan Insurance Agency By Delivering To. By Delivering to : Mr.Reagan/Company Co-Owner, authorized to accept |
| the following | : SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO : PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION |
| at this address | : 148 S. Sam Houston Blvd : San Benito, Cameron County, TX 78586 |
| Manner of Delivery | : by PERSONALLY delivering the document(s) to the person above. |
| Delivered on | : AUG 11, 2014 9:19 am |

My name is Humberto Davalos, my date of birth is SEP 6th, 1952, and my address is Professional Civil Process McAllen, Professional Civil Process Brownsville, 106 S. 12th Avenue, Suite 118, Edinburg TX 78539, and U.S.A. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Hidalgo County, State of Texas, on the __11__ day of __August__, 20__14__.

_____
Humberto Davalos, Declarant

Texas Certification#: SCH-7266 Exp. 08/31/16

Private Process Server
Professional Civil Process Of Texas, Inc
103 Vista View Trail Spicewood TX 78669
(866) 776-2377

AX02A14802510
tomcat

+ Service Fee:   65.00
  Witness Fee:    .00
  Mileage Fee:    .00

PCP Inv#: V14800121
SO  Inv#: A14802510
Reference : 395001

Allred, Edward W.

RETURN TO CLIENT

DELIVERED THIS _____ DAY OF _____

BY _____
PROFESSIONAL CIVIL PROCESS

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL. MICHAEL N. SWETNAM, JR., <br> *Plaintiff* <br> VALLEY BAPTIST HEALTH SYSTEM AND VALLEY BAPTIST MEDICAL CENTER, <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 1:08-CV-446 |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To:   SMITH-REAGAN INSURANCE AGENCY, 148 S. Sam Houston Blvd., San Benito, Texas 78586, 956.399.1353

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:   See Exhibit "A" attached hereto.

| Place: <br> Bryant Stingley Inc., 2010 East Harrison Avenue Harlingen, Texas 75880, 956.428.0755 | Date and Time: <br> September 5, 2014 at 1:00 p.m. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____     _____Edward W. Allred_____
*Signature of Clerk or Deputy Clerk*             *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    __Plaintiff__
Michael N. Swetnam, Jr._____, who issues or requests this subpoena, are:
Edward Allred WattsGuerraLLP 300 Convent St, Ste100, SanAntonio, TX 78205, 2105270500 eallred@wattsguerra.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).