UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, EX REL. MICHAEL N. SWETNAM, JR., | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CASE NO. 1:08-CV-446 |
| VALLEY BAPTIST HEALTH SYSTEM AND VALLEY BAPTIST MEDICAL CENTER, | § § § § § | |
| Defendants. | § | |

**PLAINTIFF'S NOTICE OF FOURTH SUPPLEMENTAL DISCLOSURES**

Pursuant to the Federal Rules of Civil Procedure, the United States of America, ex rel. Michael N. Swetnam, Jr. ("Plaintiff"), hereby gives notice to the Court that they have forwarded their *Fourth Supplemental Disclosures* to all parties herein, by and through their attorneys of record, on this 22nd day of August 2014.

        Respectfully submitted,

        WATTS GUERRA LLP
        300 Convent Street, Suite 100
        San Antonio, Texas 78205
        210.527.0500 - Telephone
        210.527.0501 - Fax

    By:    /s/ - Edward W. Allred
            Edward W. Allred
            State Bar No. 50511764
            Mikal C. Watts
            State Bar No. 20981820
            Francisco Guerra, IV.
            State Bar No. 00797784

    *And*

CHAVES, OBREGON & PERALES, L.L.P.
Frost Bank Plaza
802 N. Carancahua, Suite 2100
Corpus Christi, Texas 78470
361.884.5400 - Telephone
361. 884.5401 - Fax

    Rene L. Obregon
    State Bar No.: 24005445

ATTORNEYS FOR PLAINTIFF UNITED STATES OF AMERICA, EX REL. MICHAEL N. SWETNAM, JR.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on the following attorneys of record in accordance with the Federal Rules of Civil Procedure on this 22nd day of August 2014:

Christopher Paul Hanslik  *Via CMRRR 7014 1200 0001 7054 2932*
Edgar Saldivar
Matthew S. Veech
BOYAR & MILLER PC
4265 San Felipe, Suite 1200
Houston, Texas 77027
*Attorneys for Defendants*

Andrew A. Bobb  *Via CMRRR 7014 1200 0001 7054 2949*
Assistant United States Attorney
Southern District of Texas
P O Box 61129
Houston, Texas 77208
*Attorneys for The United States of America*

Jon Katz  *Via CMRRR 7014 1200 0001 7054 2956*
Joyce Branda
Department of Justice – Civil Division
Ben Franklin Station
P O Box 261
Washington, DC 20044
*Attorneys for The United States of America*

    /s/ - Edward W. Allred
    Edward W. Allred