UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL. MICHAEL N. SWETNAM, JR., <br><br> Plaintiff, <br><br> VS. <br><br> VALLEY BAPTIST HEALTH SYSTEM AND VALLEY BAPTIST MEDICAL CENTER, <br><br> Defendants. | § § § § § § § § § § § § § § | CASE NO. 1:08-CV-446 |

**MOTION FOR LEAVE TO FILE PLAINTIFF'S REPLY TO DEFENDANTS' MOTION FOR PROTECTION AND MEMORANDUM IN RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO PRODUCE DOCUMENTS AND DEPOSITION WITNESSES**

Plaintiff, United States of America *ex. rel.* Michael N. Swetnam, Jr., (collectively, "Plaintiffs") file this *Unopposed Motion for Leave to File Plaintiff's Reply to Defendants' Motion for Protection and Memorandum in Response to Plaintiff's Motion to Compel Defendants to Produce Documents and Deposition Witnesses*, and, in support, would respectfully show the Court the following:

1. On August 15, 2014, Plaintiff filed his Motion to Compel Defendants to Produce Documents and Deposition Witnesses [Doc #107].

2. On September 4, 2014, Defendants filed their Motion for Protection and Memorandum in Response to Plaintiff's Motion to Compel Defendants to Produce Documents and Deposition Witnesses [Doc #112].

3. Plaintiff's Reply was due on or before September 15, 2014, but due to a technical error within our electronic calendaring system, Plaintiff's reply deadline was inadvertently missed. *See* Plaintiff's Reply attached hereto as Exhibit "1."

4. Plaintiff's counsel conferred with counsel for defendants regarding their willingness to agree to this Motion for Leave, and those attempts to confer are continuing to this day, but the most recent statement, made on September 18, 2014, was that the Defendants have not yet taken a position on this Motion for Leave. Consequently, this Motion for Leave should be considered OPPOSED.

5. Plaintiff's Reply will assist the Court because it eliminates many of the discovery items contained in Plaintiff's Motion to Compel. After Plaintiff's Motion to Compel was filed, the parties were successful in resolving many of the items contained in the Plaintiff's Motion to Compel. Therefore, the Reply focuses this Court's attention on the only items that remain in dispute and require the Court's action.

6. Because the Reply assists the Court by narrowing the scope of items that require the Court's attention, and because no party will be prejudiced by the filing of the Reply, this Motion for Leave should be both unopposed and granted.

7. WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this Court grant Plaintiff's Unopposed Motion for Leave to file Plaintiff's Reply to Defendants' Motion for Protection and Memorandum in Response to Plaintiff's Motion to Compel Defendants to Produce Documents and Deposition Witnesses, and for all other and further relief to which he may show himself to be justly entitled.

    Respectfully submitted,

    WATTS GUERRA LLP
    300 Convent Street, Suite 100
    San Antonio, Texas 78205
    210.527.0500 - Telephone
    210.527.0501 - Fax

    By:   /s/ - Edward W. Allred
           EDWARD W. ALLRED
           State Bar No. 50511764
           MIKAL C. WATTS
           State Bar No. 20981820

        FRANCISCO GUERRA, IV.
        State Bar No. 00797784

*And*

CHAVES, OBREGON & PERALES, L.L.P.
Frost Bank Plaza
802 N. Carancahua, Suite 2100
Corpus Christi, Texas 78401
361.884.5400 - Telephone
361. 884.5401 - Fax

        Rene L. Obregon
        State Bar No.: 24005445

ATTORNEYS FOR PLAINTIFF UNITED STATES OF AMERICA, EX REL. MICHAEL N. SWETNAM, JR.

## **CERTIFICATE OF CONFERENCE**

    I, Edward W. Allred, hereby certify that I conferred with counsel for Defendants several times regarding the foregoing motion for leave and relief sought and they have not taken a position on this motion.

                /s/ - Edward W. Allred
                EDWARD W. ALLRED

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that the foregoing document was served on the following attorneys of record in accordance with the Federal Rules of Civil Procedure on this 19th day of September, 2014:

| | |
|---|---|
| Christopher Paul Hanslik<br>Edgar Saldivar<br>Matthew S. Veech<br>BOYAR & MILLER PC<br>4265 San Felipe, Suite 1200<br>Houston, Texas 77027<br>*Attorneys for Defendants* | *Via Electronic Filing* |
| Andrew A. Bobb<br>Assistant United States Attorney<br>Southern District of Texas<br>P O Box 61129<br>Houston, Texas 77208<br>*Attorneys for The United States of America* | *Via Electronic Filing* |
| Jon Katz<br>Joyce Branda<br>Department of Justice – Civil Division<br>Ben Franklin Station<br>P O Box 261<br>Washington, DC 20044<br>*Attorneys for The United States of America*<br>210.224.9991<br>*Attorneys for Defendant W. M. Barr & Company, Inc.* | *Via Electronic Filing* |

                                                                           /s/ - Edward W. Allred
                                                                           Edward W. Allred