UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, EX REL. MICHAEL N. SWETNAM, JR., | § § § § | |
| Plaintiff, | § | |
| VS. | § § | CASE NO. 1:08-CV-446 |
| VALLEY BAPTIST HEALTH SYSTEM AND VALLEY BAPTIST MEDICAL CENTER, | § § § § § | |
| Defendants. | § | |

## PLAINTIFF'S NOTICE OF FIFTH SUPPLEMENTAL DISCLOSURES

Pursuant to the Federal Rules of Civil Procedure, the United States of America, ex rel. Michael N. Swetnam, Jr. ("Plaintiff"), hereby gives notice to the Court that they have forwarded their *Fifth Supplemental Disclosures* to all parties herein, by and through their attorneys of record, on this 25th day of September, 2014.

Respectfully submitted,

WATTS GUERRA LLP
300 Convent Street, Suite 100
San Antonio, Texas 78205
210.527.0500 - Telephone
210.527.0501 - Fax

By:   /s/ - Edward W. Allred
      Edward W. Allred
      State Bar No. 50511764
      Mikal C. Watts
      State Bar No. 20981820
      Francisco Guerra, IV.
      State Bar No. 00797784

*And*

        CHAVES, OBREGON & PERALES, L.L.P.
        Frost Bank Plaza
        802 N. Carancahua, Suite 2100
        Corpus Christi, Texas 78470
        361.884.5400 - Telephone
        361. 884.5401 - Fax

            Rene L. Obregon
            State Bar No.: 24005445

ATTORNEYS FOR PLAINTIFF UNITED STATES OF AMERICA, EX REL. MICHAEL N. SWETNAM, JR.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on the following attorneys of record in accordance with the Federal Rules of Civil Procedure on this 25th day of September, 2014:

Christopher Paul Hanslik *Via Electronic Filing*
Edgar Saldivar
Matthew S. Veech
BOYAR & MILLER PC
4265 San Felipe, Suite 1200
Houston, Texas 77027
*Attorneys for Defendants*

Andrew A. Bobb *Via Electronic Filing*
Assistant United States Attorney
Southern District of Texas
P O Box 61129
Houston, Texas 77208
*Attorneys for The United States of America*

Jon Katz *Via Electronic Filing*
Joyce Branda
Department of Justice – Civil Division
Ben Franklin Station
P O Box 261
Washington, DC 20044
*Attorneys for The United States of America*

          /s/ - Edward W. Allred
          Edward W. Allred