IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, EX REL. MICHAEL N. SWETNAM, JR., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 1:08-CV-446 |
| VALLEY BAPTIST HEALTH SYSTEM and VALLEY BAPTIST MEDICAL CENTER | § § § § § | |
| Defendants. | § | |

## **ORDER GRANTING DEFENDANTS' MOTION FOR PROTECTION AND DENYING PLAINTIFF'S MOTION TO COMPEL**

On this date, the Court considered Defendants' Motion for Protection and Memorandum in Response to Relator's Motion to Compel Defendants to Produce Documents and Deposition Witnesses (the "Motion"). After considering the Motion, the pleadings and the evidence on file, and the arguments of counsel, if any, the Court is of the opinion that Defendants' Motion should be granted and that Plaintiff's Motion to Compel lacks merit. It is therefore,

ORDERED, ADJUDGED and DECREED that Plaintiff's Motion to Compel is denied; it is further

ORDERED, ADJUDGED and DECREED that Defendants' Motion for Protection is granted.

Dated: _____.

_____
United States District Judge