UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, EX REL. MICHAEL N. SWETNAM, JR., | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CASE NO. 1:08-CV-446 |
| VALLEY BAPTIST HEALTH SYSTEM AND VALLEY BAPTIST MEDICAL CENTER, | § § § § | |
| Defendants. | § § | |

**NOTICE OF CHANGE OF ADDRESS,
TELEPHONE NUMBER, AND FAX NUMBER**

Plaintiff in the above-styled and numbered cause hereby gives notice of the change of address, telephone number, and fax number of their attorneys, Mikal C. Watts, Francisco Guerra, IV., and Edward W. Allred, effective October 25, 2014.  The new address, telephone number, and fax number for the undersigned attorneys is as follows:

**Mikal C. Watts**
**mcwatts@wattsguerra.com**
**Francisco Guerra, IV.**
**fguerra@wattsguerra.com**
**Edward W. Allred**
**eallred@wattsguerra.com**
**WATTS GUERRA LLP**
**4 Dominion Drive**
**Building 3 – Suite 100**
**San Antonio, Texas 78257**
**Telephone:  210.447.0500**
**Fax:  210.447.0501**

Please direct all future correspondence and notices to the foregoing address.

Respectfully submitted,

WATTS GUERRA LLP
4 Dominion Drive
Building 3 – Suite 100
San Antonio, Texas 78257
Telephone:  210.447.0500
Fax:  210.447.0500

By:      /s/ - Edward W. Allred_____
         MIKAL C. WATTS
         State Bar No. 20981820
         FRANCISCO GUERRA, IV.
         State Bar No. 00796684
         EDWARD W. ALLRED
         State Bar No. 50511764

*And*

CHAVES, OBREGON & PERALES, L.L.P.
Frost Bank Plaza
802 N. Carancahua, Suite 2100
Corpus Christi, Texas 78470
Telephone:  361.884.5400
Fax:  361. 884.5401

         RENE L. OBREGON
         State Bar No.:  24005445

ATTORNEYS  FOR  PLAINTIFF  UNITED  STATES  OF
AMERICA, EX REL. MICHAEL N. SWETNAM, JR.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing document was served on the following attorneys of record in accordance with the Federal Rules of Civil Procedure on this 30th day of October, 2014:

Christopher Paul Hanslik                                   *Via Electronic Filing*
Edgar Saldivar
Matthew S. Veech
BOYAR & MILLER PC
4265 San Felipe, Suite 1200
Houston, Texas 77027
*Attorneys for Defendants*

Andrew A. Bobb                                              *Via Electronic Filing*
Assistant United States Attorney
Southern District of Texas
P O Box 61129
Houston, Texas 77208
*Attorneys for The United States of America*

Jon Katz                                                        *Via Electronic Filing*
Joyce Branda
Department of Justice – Civil Division
Ben Franklin Station
P O Box 261
Washington, DC 20044
*Attorneys for The United States of America*

　　　　　　　　　　　　　　　　　　　 /s/ - Edward W. Allred
　　　　　　　　　　　　　　　　　　　 Edward W. Allred