IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, EX REL. MICHAEL N. SWETNAM, JR., | § § § | |
| *Plaintiff*, | § § | |
| vs. | § § | CIVIL ACTION NO. 1:08-CV-446 |
| VALLEY BAPTIST HEALTH SYSTEM and VALLEY BAPTIST MEDICAL CENTER, | § § § § | |
| *Defendants.* | § | |

**ORDER**

Pending before the Court is Plaintiff's Motion to Compel [Doc. No. 107], Defendants' Motion for Protection and Memorandum in Response [Doc. No. 112], Plaintiff's Reply [Doc. No. 115] and Defendants' Sur Reply [Doc. No. 121]. After considering the Parties' arguments, the Court hereby ORDERS the following:

1. Defendants shall provide to the court the twenty-nine documents identified in Exhibit "A" of Plaintiff's Motion to Compel [Doc. No. 107-1] for an *in camera* inspection. These documents shall be delivered no later than fifteen days from the date of this Order.

2. Defendants shall produce the corporate representative(s) to testify on the agreed-upon deposition topics. The Parties shall confer and agree upon a schedule for these depositions no later than fifteen days from the date of this Order.

3. In their August 25, 2014 letter to Plaintiff, Defendants stated that they would not produce a corporate representative to testify on seven identified topics. [Doc. No.

116-1]. Regarding topic numbers 8, 13, 21 and 23, Defendants shall produce for deposition a corporate representative to the extent there is an employee more knowledgeable than those already provided. If topic numbers 21 and 23 are not factually accurate as stated by Plaintiff, Defendants shall produce for deposition the individual(s) who can testify that those assertions are not accurate, if those individuals have not already been deposed. The Parties shall confer and agree upon a schedule for these depositions no later than fifteen days from the date of this Order. Defendants are not required to produce corporate representatives regarding topic numbers 3, 5 and 19.

SIGNED this   31   day of    October   , 2014.

                                                     Andrew S. Hanen
                                                   United States District Judge