# Exhibit A

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL. MICHAEL N. SWETNAM, JR. | ) ) ) |
| Plaintiff, | ) ) |
| VS. | ) CASE NO. 1:08-CV-446 ) ) |
| VALLEY BAPTIST HEALTH SYSTEM AND VALLEY BAPTIST MEDICAL CENTER | ) ) ) ) |
| Defendants. | ) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VIDEOTAPED ORAL DEPOSITION
OF MICHAEL N. SWETNAM
OCTOBER 28, 2014

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION OF MICHAEL N. SWETNAM, produced as a witness at the instance of Defendants, and duly sworn, was taken in the above-styled and numbered cause on October 28, 2014, from 10:19 a.m. to 4:46 p.m. before Dawn Flippin, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine, at the Law Offices of Watts Guerra, LLP, 4 Dominion Drive, Building 3, Suite 100, San Antonio, Bexar County, Texas, pursuant to the Federal Rules and any provisions stated on the record or attached hereto.



```
                                                        Page 2
 1                       APPEARANCES
 2    FOR THE PLAINTIFFS:
 3    Mr. Edward L. Allred
      Watts Guerra, LLP
 4    4 Dominion Drive
      Building 3 - Suite 100
 5    San Antonio, Texas 78257
      210.527.0500
 6
      Mr. Sheldon Weisfeld
 7    Sheldon Weisfeld PC
      1401 W Polk Ave, Pharr, TX 78577
 8    McAllen, TX 78501
      956.778.4173
 9
10    FOR THE DEFENDANTS:
11    Mr. Chris Hanslick
      Boyar Miller PC
12    4265 San Felipe, Suite 1200
      Houston, Texas 77027
13    713.850.7766
14    Mr. Edgar Saldivar
      Boyar Miller PC
15    4265 San Felipe, Suite 1200
      Houston, Texas 77027
16    713.850.7766
17
      ALSO PRESENT:
18
      Michael Moore, Videographer - Magna Legal Services
19    Dawn Flippin, CSR, Court Reporter - Magna Legal Services
20
21
22
23
24
25
```



Page 3

1                           INDEX

                                                          Page
2
    STIPULATIONS                                             1
3
    APPEARANCES                                              2
4              WITNESS:  MICHAEL N. SWETNAM
5   EXAMINATION BY:
6   Mr. Hanslick                                             6
7
8   WITNESS CHANGES/CORRECTIONS                            191
9   WITNESS SIGNATURE                                      192
10  REPORTER'S CERTIFICATE                                 193
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Page 37

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22          Now, we were talking a minute ago about the
23   excess of loss program or XOL.  Can you tell me how you recall
24   that program coming about?
25       A    Yes, sir.  In 1993 there was a meeting between Ben



Page 38

1  McKibbens, myself, David Smith, Eric Six, Ward Cook and the
2  two Dr. Martins at Valley Baptist Medical Center to discuss
3  the physicians' malpractice crisis.  And that's how that
4  program came about.  We were talking about it at that meeting.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24       Q    So this -- in this meeting you're discussing the
25  crisis relating to malpractice -- medical malpractice coverage



Page 39

1  in Texas?
2      A   Physicians' medical malpractice, yes.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21      Q   And was a decision made at this meeting to go with
22  the XOL option?
23      A   Yes.  That's the meeting that Ben McKibbens told me
24  to go to New York and find stop loss insurance for it.
25



```
                                                              Page 193

 1                    UNITED STATES DISTRICT COURT
                       SOUTHERN DISTRICT OF TEXAS
 2                        BROWNSVILLE DIVISION
 3   UNITED STATES OF AMERICA, EX    )
     REL. MICHAEL N. SWETNAM, JR.    )
 4                                   )
          Plaintiff,                 )
 5                                   )   CASE NO. 1:08-CV-446
     VS.                             )
 6                                   )
     VALLEY BAPTIST HEALTH           )
 7   SYSTEM AND VALLEY BAPTIST       )
     MEDICAL CENTER                  )
 8                                   )
          Defendants.                )
 9
                    * * * * * * * * * * * * * *
10                       REPORTER'S CERTIFICATE
                     VIDEOTAPED ORAL DEPOSITION OF
11              MICHAEL N. SWETNAM - OCTOBER 28, 2014
                    * * * * * * * * * * * * * *
12
          I, Dawn Flippin, Certified Shorthand Reporter in and for
13   the State of Texas, hereby certify to the following:
14        That the witness, MICHAEL N. SWETNAM, was duly sworn by
     the officer and that the transcript of the oral deposition is
15   a true record of the testimony given by the witness;
16        That the deposition transcript was duly submitted on
     _____, 2014, to the witness for examination,
17   signature and return to me by _____, 2014;
18        That pursuant to information given to the deposition
     officer at the time said testimony was taken, the following
19   includes all counsel for all parties of record and the amount
     of time used by each party at the time of the deposition:
20
          Edward L. Allred - (0:00)
21           Attorney for Plaintiffs
22        Sheldon Weisfeld - (0:00)
             Attorney for Plaintiffs
23
          Chris Hanslick - (4:55)
24           Attorney for Defendants
25
```



Page 194

1        Edgar Saldivar - (0:00)
            Attorney for Defendants
2
         That a copy of this certificate was served on all parties
3    shown herein on _____.
4        I further certify that I am neither counsel for, related
     to, nor employed by any of the parties or attorneys in the
5    action in which this proceeding was taken, and further that I
     am not financially or otherwise interested in the outcome of
6    the action.
7        Certified to by me this _____ day of _____,
     2014.
8
9                                    *Dawn Flippin* (signature)
10
                                     _____
11                                   DAWN FLIPPIN, CSR #4045
                                     Expiration:  12/31/15
12
                                     MAGNA LEGAL SERVICES
13                                   (866)624-6221
                                     www.MagnaLS.com
14
15
16
17
18
19
20
21
22
23
24
25

