IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, EX REL. MICHAEL N. SWETNAM, JR., *Plaintiff*, | § § § § | |
| vs. | § § | Civil Action No. 1:08-CV-446 |
| VALLEY BAPTIST HEALTH SYSTEM and VALLEY BAPTIST MEDICAL CENTER, *Defendants*. | § § § § | |

## ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO SUPPLEMENT THE SUMMARY JUDGMENT RECORD

On this date, the Court considered Defendants' Motion for Leave to Supplement the Summary Judgment Record (the "Motion") by telephonic conference with counsel for both sides. After considering the Motion, the pleadings and the evidence on file, and the arguments of counsel, the Court is of the opinion that the Motion should be granted. It is therefore,

ORDERED, ADJUDGED and DECREED that Defendants' Motion is granted; it is further

ORDERED, ADJUDGED and DECREED that the deposition testimony attached to the Motion be part of the summary judgment record. Plaintiff has until December 5, 2014 to file any responsive material.

SIGNED this   18th   day of   November  , 2014.

Andrew S. Hanen
United States District Judge