IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| United States of America, ex rel. Michael N. Swetnam, Jr., | § § § | |
| *Plaintiff*, | § § | |
| vs. | § § | Civil Case No. 1:08-CV-446 |
| Valley Baptist Health System and Valley Baptist Medical Center, | § § § | |
| *Defendants.* | § | |

**ORDER**

Pending before this Court is Defendants' Motion for Summary Judgment Regarding Relator's False Claims Act Claims [Doc. No. 106]. After considering the motion, all responses thereto, the summary judgment evidence presented, and the applicable law, the Court finds that Plaintiff has satisfied his burden to show a genuine issue of material fact regarding each element necessary to prove a violation of the Anti-Kickback Statute, 42 U.S.C. § 1320a-7b(b). Defendants' Motion for Summary Judgment Regarding Relator's False Claims Act Claims [Doc. No. 106] is therefore **DENIED**.

SIGNED this 11th day of March, 2015.

_____
Andrew S. Hanen
United States District Judge