UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, EX REL. MICHAEL N. SWETNAM, JR., | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CASE NO. 1:08-CV-446 |
| VALLEY BAPTIST HEALTH SYSTEM AND VALLEY BAPTIST MEDICAL CENTER, | § § § § § § | |
| Defendants. | § | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff UNITED STATES OF AMERICA, EX RELATOR MICHAEL SWETNAM, JR., and Defendants VALLEY BAPTIST HEALTH SYSTEM and VALLEY BAPTIST MEDICAL CENTER, give notice that the parties have reached a settlement that will dispose of all claims in this matter. The parties' respective attorneys and financial advisors are reviewing the details of the settlement, but an agreement in principal has been reached. As such, the parties file this notice of settlement in lieu of the Joint Pre-Trial Order due today and notify this honorable Court that the parties are working on the final details, preparing settlement documents, and once complete will submit a Joint Stipulation of Dismissal to the Court for consideration.

Respectfully submitted,

WATTS GUERRA LLP
4 Dominion Drive
Building 3 – Suite 100
San Antonio, Texas 78257
Telephone: 210.447.0500
Fax: 210.447.0501

By:   /s/ - Edward W. Allred
Edward W. Allred
State Bar No. 50511764
Email: eallred@wattsguerra.com
Francisco Guerra, IV.
State Bar No. 00796684
Email: fguerra@wattsguerra.com
Mikal C. Watts
State Bar No. 20981820
Email: mcwatts@wattsguerra.com

*And*

CHAVES, OBREGON & PERALES, L.L.P.
Frost Bank Plaza
802 N. Carancahua, Suite 2100
Corpus Christi, Texas 78470
Telephone: 361.884.5400
Fax: 361.884.5401

Rene L. Obregon
State Bar No.: 24005445

ATTORNEYS FOR PLAINTIFF

*And*

BOYAR & MILLER PC
4265 San Felipe, Suite 1200
Houston, Texas 77027
Telephone: 713.850.7766
Fax: 713.552.1758

/s/ - Chris Hanslik
Chris Hanslik
State Bar No. 00793895
Email: chanslik@boyarmiller.com

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that the foregoing document was served on the following attorneys of record in accordance with the Federal Rules of Civil Procedure on this 17th day of April 2015:

| | |
|---|---|
| Christopher Paul Hanslik<br>Edgar Saldivar<br>Matthew S. Veech<br>BOYAR & MILLER PC<br>4265 San Felipe, Suite 1200<br>Houston, Texas 77027<br>*Attorneys for Defendants* | *Via Electronic Filing* |
| Andrew A. Bobb<br>Assistant United States Attorney<br>Southern District of Texas<br>P O Box 61129<br>Houston, Texas 77208<br>*Attorneys for The United States of America* | *Via Electronic Filing* |
| Jon Katz<br>Joyce Branda<br>Department of Justice – Civil Division<br>Ben Franklin Station<br>P O Box 261<br>Washington, DC 20044<br>*Attorneys for The United States of America*<br>210.224.9991 | *Via Electronic Filing* |

                                            /s/ - Edward W. Allred
                                            Edward W. Allred