IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| United States of America, ex rel. Michael N. Swetnam, Jr., | § § § | |
| *Plaintiff*, | § § | |
| vs. | § § | Civil Case No. 1:08-CV-446 |
| Valley Baptist Health System and Valley Baptist Medical Center, | § § § | |
| *Defendants.* | § | |

**ORDER**

On April 17, 2015, the Parties announced to the Court that the they have settled the issues in this case. [Doc. No. 132]. Having reviewed this notice, the Court **ORDERS** that all hearings and deadlines in the above-styled case be terminated. As of this date, the Parties have not filed an agreed motion to dismiss or a proposed agreed order of dismissal, although the Notice of Settlement indicated that dismissal documents are forthcoming. [Doc. No. 132]. The Parties are hereby given until July 1, 2015 to file such documents.

SIGNED this 21st day of April, 2015.

Andrew S. Hanen
United States District Judge