UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, EX REL. MICHAEL N. SWETNAM, JR., | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CASE NO. 1:08-CV-446 |
| VALLEY BAPTIST HEALTH SYSTEM AND VALLEY BAPTIST MEDICAL CENTER, | § § § § § | |
| Defendants. | § § | |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

In accordance with Federal Rule of Civil Procedure 41, Plaintiff UNITED STATES OF AMERICA, EX RELATOR MICHAEL SWETNAM, JR., and Defendants VALLEY BAPTIST HEALTH SYSTEM and VALLEY BAPTIST MEDICAL CENTER, file this Joint Stipulation of Dismissal, and request that the Court dismiss all claims, counterclaims, defenses and allegations of any nature or kind whatsoever brought by any party in this litigation, with prejudice.

The United States joins this stipulation of dismissal, which shall be with prejudice as to the United States with respect to the conduct identified as the covered conduct in Section II, Paragraph E of the Settlement Agreement and without prejudice as to any and all other conduct and claims.

        Respectfully submitted,

        WATTS GUERRA LLP
        4 Dominion Drive
        Building 3 – Suite 100
        San Antonio, Texas 78257
        Telephone: 210.447.0500
        Fax: 210.447.0501

By: /s/ - Edward W. Allred
Edward W. Allred
State Bar No. 50511764
Email: eallred@wattsguerra.com

Francisco Guerra, IV.
State Bar No. 00796684
Email: fguerra@wattsguerra.com
Mikal C. Watts
State Bar No. 20981820
Email: mcwatts@wattsguerra.com

*And*

CHAVES, OBREGON & PERALES, L.L.P.
Frost Bank Plaza
802 N. Carancahua, Suite 2100
Corpus Christi, Texas 78470
Telephone: 361.884.5400
Fax: 361.884.5401

Rene L. Obregon
State Bar No.: 24005445

ATTORNEYS FOR PLAINTIFF

*And*

KENNETH MAGIDSON
UNITED STATES ATTORNEY


By: /s/ - Andrew A. Bobb
ANDREW A. BOBB
Assistant United States Attorney
SBOT No. 02530350
1000 Louisiana, Suite #2300
Houston, Texas 77002
Telephone: 713.567.9766
Fax: 713.718.3303
Email: Andrew.Bobb@usdoj.gov

ATTORNEYS IN CHARGE FOR
THE UNITED STATES OF AMERICA

*And*

BOYAR & MILLER PC
4265 San Felipe, Suite 1200
Houston, Texas 77027
Telephone: 713.850.7766
Fax: 713.552.1758

/s/ - Chris Hanslik
Chris Hanslik
State Bar No. 00793895
Email: chanslik@boyarmiller.com

ATTORNEYS FOR DEFENDANTS

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on the following attorneys of record in accordance with the Federal Rules of Civil Procedure on this 1st day of July 2015:

| | |
|---|---|
| Christopher Paul Hanslik<br>Edgar Saldivar<br>Matthew S. Veech<br>BOYAR & MILLER PC<br>4265 San Felipe, Suite 1200<br>Houston, Texas 77027<br>*Attorneys for Defendants* | *Via Electronic Filing* |
| Andrew A. Bobb<br>Assistant United States Attorney<br>Southern District of Texas<br>P O Box 61129<br>Houston, Texas 77208<br>*Attorneys for The United States of America* | *Via Electronic Filing* |
| Jon Katz<br>Joyce Branda<br>Department of Justice – Civil Division<br>Ben Franklin Station<br>P O Box 261<br>Washington, DC 20044<br>*Attorneys for The United States of America*<br>210.224.9991 | *Via Electronic Filing* |

/s/ - Edward W. Allred
Edward W. Allred