UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, EX REL. MICHAEL N. SWETNAM, JR., | § § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CASE NO. 1:08-CV-446 |
| VALLEY BAPTIST HEALTH SYSTEM AND VALLEY BAPTIST MEDICAL CENTER, | § § § § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL

On this date, came on to be considered the Joint Stipulation of Dismissal by and between Plaintiff UNITED STATES OF AMERICA, EX RELATOR MICHAEL SWETNAM, JR., and Defendants VALLEY BAPTIST HEALTH SYSTEM and VALLEY BAPTIST MEDICAL CENTER.

This dismissal shall be with prejudice as to the United States with respect to the conduct identified as the covered conduct in Section II, Paragraph E of the Settlement Agreement and without prejudice as to any and all other conduct and claims.

It is, THEREFORE, ORDERED by the Court that pursuant to the settlement of all claims by and between Plaintiff UNITED STATES OF AMERICA, EX RELATOR MICHAEL SWETNAM, JR., and Defendants VALLEY BAPTIST HEALTH SYSTEM and VALLEY BAPTIST MEDICAL CENTER, the Court hereby dismisses all claims, counterclaims, defenses and allegations of any nature or kind whatsoever brought by any party in this litigation, with prejudice, with costs taxed against the parties incurring same.

SIGNED: _____, 2015.

_____
UNITED STATES DISTRICT JUDGE